**LOKER LAW, APC**
Matthew M. Loker (279939)
matt.loker@loker.law
Telephone: (805) 994-0177
Nicholas J. Enns (356855)
nick.enns@loker.law
Telephone: (805) 222-0406
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff,*
Brandon Austin

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON AUSTIN,**<br><br>Plaintiff,<br><br>v.<br><br>**VERIZON WIRELESS SERVICES, LLC; DIVERSIFIED ADJUSTMENT SERVICE, INCORPORATED; EXPERIAN INFORMATION SOLUTIONS LLC; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION, LLC,**<br><br>Defendants. | **Case No.:** 5:25-cv-01268-JGB-SP<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION LLC**<br><br>**HON. JESUS G. BERNAL** |

1  NOTICE IS HEREBY GIVEN that the dispute between Plaintiff BRANDON
2  AUSTIN ("Plaintiff") and Defendant TRANS UNION LLC has been resolved.
3  The Parties anticipate filing a Joint Stipulation to Dismiss TRANS UNION LLC
4  with Prejudice within sixty days. Plaintiff requests that all pending dates and filing
5  requirements regarding TRANS UNION LLC be vacated.

Date: September 30, 2025                                **LOKER LAW, APC**

                                                        BY:   /s/ NICHOLAS J. ENNS
                                                              NICHOLAS J. ENNS, ESQ.
                                                              ATTORNEY FOR PLAINTIFF

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 5:25-cv-01268-JGB-SP**          **1 OF 1**     *Austin v. Verizon Wireless Services, LLC et al*
**NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION LLC**

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Settlement with Defendant TRANS UNION LLC* has been submitted on September 30, 2025 to all defense counsel of record via e-mail.

              ___/s/ Nicholas J. Enns___
              Nicholas J. Enns, Esq.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:25-cv-01268-JGB-SP    *Austin v. Verizon Wireless Services, LLC et al*
**PROOF OF SERVICE**