**LOKER LAW, APC**
Matthew M. Loker (279939)
matt.loker@loker.law
Telephone: (805) 994-0177
Nicholas J. Enns (356855)
nick.enns@loker.law
Telephone: (805) 222-0406
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff,*
Brandon Austin

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON AUSTIN,<br><br>              Plaintiff,<br><br>     v.<br><br>**VERIZON WIRELESS SERVICES, LLC; DIVERSIFIED ADJUSTMENT SERVICE, INCORPORATED; EXPERIAN INFORMATION SOLUTIONS LLC; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION, LLC,**<br><br>              Defendants. | **Case No.:** 5:25-cv-01268-JGB-SP<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**<br><br>**HON. JESUS G. BERNAL** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff BRANDON AUSTIN ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss EQUIFAX INFORMATION SERVICES, LLC with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding EQUIFAX INFORMATION SERVICES, LLC be vacated.

Date: October 14, 2025         **LOKER LAW, APC**

                               BY: ___/S/ NICHOLAS J. ENNS___
                                        NICHOLAS J. ENNS, ESQ.
                                        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Equifax Information Services, LLC* has been submitted on October 14, 2025 to all defense counsel of record via e-mail.

           /s/ NICHOLAS J. ENNS
           NICHOLAS J. ENNS, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:25-cv-01268-JGB-SP      *Austin v. Verizon Wireless Services, LLC et al*
**PROOF OF SERVICE**