1 | **LOKER LAW, APC**
2 | Matthew M. Loker (279939)
  | matt.loker@loker.law
3 | Telephone: (805) 994-0177
4 | Nicholas J. Enns (356855)
  | nick.enns@loker.law
5 | Telephone: (805) 222-0406
6 | 132 Bridge Street
  | Arroyo Grande, CA 93420
7 |
8 | *Attorneys for Plaintiff,*
  | Brandon Austin

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| BRANDON AUSTIN, | **Case No.:** 5:25-cv-01268-JGB-SP |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| **VERIZON WIRELESS SERVICES, LLC; DIVERSIFIED ADJUSTMENT SERVICE, INCORPORATED; EXPERIAN INFORMATION SOLUTIONS LLC; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION, LLC,** | **HON. JESUS G. BERNAL** |
| Defendants. | |

1  NOTICE IS HEREBY GIVEN that the dispute between Plaintiff BRANDON AUSTIN ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. has been resolved.  The Parties anticipate filing a Joint Stipulation to Dismiss EXPERIAN INFORMATION SOLUTIONS, INC. with Prejudice within sixty days.  Plaintiff requests that all pending dates and filing requirements regarding EXPERIAN INFORMATION SOLUTIONS, INC. be vacated.

Date: December 17, 2025                                   **LOKER LAW, APC**

                                                  BY:   ___/s/ NICHOLAS J. ENNS___
                                                        NICHOLAS J. ENNS, ESQ.
                                                        ATTORNEY FOR PLAINTIFF

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 5:25-cv-01268-JGB-SP**        **1 OF 1**        *Austin v. Verizon Wireless Services, LLC et al*
**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Experian Information Solutions, Inc.* has been submitted on December 17, 2025 to all defense counsel of record via e-mail.

                                                     /s/ NICHOLAS J. ENNS
                                                    NICHOLAS J. ENNS, ESQ.